Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC,  )  <br>          Plaintiff,  )  <br>     v.  )  <br>JOHN DOE,  )  <br>          Defendant.  ) | **No.** 2:12-cv-06668-ODW-JC <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

### **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF SERVICE**

On December 20, 2012, this Court issued its Order to Show Cause Re Lack of Service in this case. (ECF No. 12). In that order, the Court pointed out that under the Federal Rule of Civil Procedure 4(m), "defendant must be served within 120 days after the complaint is filed, or else the Court 'must dismiss the action without prejudice.'" (*Id.*) Further, the Court ordered that Plaintiff "has 7 days to comply with this order, or if Defendant have [sic] been served, Plaintiff has 7 days to file the proof of service." (*Id.*) The Supreme Court, however, has unambiguously held that "the 120-day provision operates not as an outer limit subject to reduction, but as an irreducible allowance."[1] The Supreme Court also noted that "courts have been accorded discretion to enlarge the 120-day period even if there is no good cause shown."[2] Plaintiff nevertheless responds as follows. Plaintiff's delay in complying with the irreducible allowance of FRCP 4(m) was caused by the fact that Plaintiff was attempting to

---

[1] *Henderson v. United States,* 517 US 654, 661 (1996).
[2] *Id.* (Internal citations omitted).

contact the subscriber regarding the allegations of copyright infringement. Though the subscriber, Marvin Denton, remained silent, Plaintiff's investigation of his household established that Mayon Denton was the likely infringer of Plaintiff's copyright. Plaintiff further attempted to investigate whether Mayon Denton currently still resides in the subscriber's household—and, relatedly, if he still resides in the Central District. Plaintiff's investigation indicated that Mayon Denton still lived in the subscriber's household. As such, Plaintiff mailed an Amended Complaint to the Court naming Mayon Denton as the Defendant in this action.

Respectfully Submitted,

**DATED: December 27, 2012**

By:     /s/ Brett L. Gibbs

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*