1  Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
2  38 Miller Avenue, #263
Mill Valley, CA 94941
3  415-325-5900
blgibbs@wefightpiracy.com
4
*Attorney for Plaintiff*
5

6

7  IN THE UNITED STATES DISTRICT COURT FOR THE

8  CENTRAL DISTRICT OF CALIFORNIA

9

10  INGENUITY13 LLC,                        )        **No. 2:12-cv-06668-ODW-JC**
                                            )
11           Plaintiff,                     )        **PLAINTIFF'S NOTICE OF VOLUNTARY**
         v.                                 )        **DISMISSAL OF ACTION WITHOUT**
12                                          )        **PREJUDICE**
    MAYON DENTON,                           )
13                                          )
             Defendant.                     )
14                                          )
    _____    )
15
            **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
16

17           **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

18  Plaintiff voluntary dismisses this action in its entirety without prejudice.

19           In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an

20  answer to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal under Federal Rule

21  of Civil Procedure 41(a)(1) is therefore appropriate.

22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
    ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

**DATED: January 29, 2013**

By:        /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

## CERTIFICATE OF SERVICE

2

3

The undersigned hereby certifies that on January 29, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

4

5

/s/  Brett L. Gibbs_____

6

Brett L. Gibbs, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE